UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
ROBERTA ASHKIN,                   :
                                  :
                    Plaintiff,    :       09 Civ. 5616 (WHP)
                                  :
       -against-                  :       SCHEDULING ORDER
                                  :
FREDERICK T. KUYKENDALL           :
                                  :
                    Defendant.    :
                                  :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Plaintiff having filed a motion for remand in this action, the Court will hold oral argument on that motion on August 20, 2009 at 9:45 a.m.

Dated: August 7, 2009
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of Record:*

Sarah Joanne Greenberg
Todtman, Nachamie, Spizz & Johns, P.C.,
425 Park Avenue
New York , NY 10022
*Counsel for Plaintiff*

Joe R. Whatley, Jr. Esq.
1430 Broadway, 37th Floor
New York, NY 10036
*Counsel for Defendant*