UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
ROBERTA ASHKIN,
:
            Plaintiff,                    09 Civ. 5616 (WHP)
:
        -against-                      ORDER
:
FREDERICK T. KUYKENDALL
:
            Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on September 11, 2009, Plaintiff's motion to remand is granted.

Dated: September 11, 2009
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                               U.S.D.J.

*Counsel of Record:*

Sarah Joanne Greenberg, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.,
425 Park Avenue
New York, NY 10022
*Counsel for Plaintiff*

Joe R. Whatley, Jr. Esq.
1430 Broadway, 37th Floor
New York, NY 10036
*Counsel for Defendant*